**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01212-CR

**SERGIO URESTI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F11-12542-K**

## ORDER

The Court **REINSTATES** the appeal.

On April 17, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 16, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 17, 2014 order requiring findings.

We **GRANT** the May 16, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
JUSTICE